SALINA OLMSTEAD, Appellant, *v.* ELLA CAROLINE OLMSTEAD, Defendant, and GERTRUDE OLMSTEAD, Respondent.

*Olmstead* v. *Olmstead*, 76 App. Div. 582, affirmed.
(Argued January 27, 1904; decided February 16, 1904.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 29, 1902, affirming a judgment in favor of defendant entered upon a decision of the court on trial at Special Term.

*Frank W. Saunders* for appellant.

*Eugene M. Bartlett* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, VANN and WERNER, JJ. Not voting: HAIGHT and CULLEN, JJ.